993 A.2d 1226

IN THE MATTER OF KARIN R. WHITE MORGEN, AN ATTORNEY AT LAW.

June 2, 2010.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 09–285, recommending that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14, **KARIN R. WHITE MORGEN** of **HACKENSACK,** who was admitted to the bar of this State in 1986, be disbarred on the basis of discipline imposed in Florida for conduct that in New Jersey constitutes violations of *RPC* 8.4(b) (criminal act that reflects adversely on lawyer's honesty, trustworthiness or fitness as a lawyer), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And **KARIN R. WHITE MORGEN** having been ordered to show cause why she should not be disbarred or otherwise disciplined;

And the Court having determined from its review of the matter that a prospective three-year suspension from practice is the appropriate quantum of discipline for respondent's unethical conduct;

And good cause appearing;

It is ORDERED that **KARIN R. WHITE MORGEN** is suspended from the practice of law for a period of three years and

until the further Order of the Court, effective July 1, 2010; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.